IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YOSLAN DANIEL DANIEL,** | : | |
| Petitioner | : | |
| | : | No. 1:23-cv-01663 |
| v. | : | |
| | : | (Judge Kane) |
| **R. THOMPSON,** | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, on this 20th day of February, 2024, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                            s/ Yvette Kane
                                                            Yvette Kane, District Judge
                                                            United States District Court
                                                            Middle District of Pennsylvania